Andrew J. Shamis
ashamis@shamisgentile.com
**SHAMIS & GENTILE P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Phone: (305) 479-2299

*Attorneys for Plaintiffs and the Proposed Class*

*[Additional counsel on signature page]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re DBM Global Data Breach Litigation** | Case No. 2:25-cv-02950 |

**NOTICE OF FILING AMENDED PLEADING**

Pursuant to the Court's October 10, 2025 order granting consolidation (ECF 20) and the Court's December 1, 2025 order lifting the pleading deadlines in this matter (ECF 24), Plaintiffs Aurelio Morales, Timothy Ranson, Timothy Hall, and Gunnar Crawford hereby give notice of the filing of the consolidated complaint (ECF 23). A redlined version of the consolidated complaint and an as-filed version are attached hereto as **Exhibit A** and **B**, respectively.

Dated: December 4, 2025

By: /s/Andrew J, Shamis
Andrew J. Shamis (AZ Bar No. 3037343)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Fax: (786) 623-0915
E: ashamis@shamisgentile.com

Gerald D. Wells, III*
LYNCH CARPENTER, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9242
E: jerry@lcllp.com

*Attorneys for Plaintiffs and the Proposed Class*
**Admitted Pro Hac Vice*